# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDUARDO LUNA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　　Defendants. | Case No. 2:24-cv-00140-HDV (BFMx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: November 26, 2024

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

15