link 57

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT FOR THE STATE OF CALIFORNIA

| | |
|---|---|
| EDUARDO LUNA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; KYLE DELUCA; LOUIS TREJO-VIDES; SERGEANT SHELTON; LIEUTENANT SKAGGS; DEPUTY MUTON; DEPUTY O'CONNELL; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No.:** 2:24-cv-00140-HDV (BFMx)<br><br>[~~PROPOSED~~] **ORDER AMENDING SCHEDULING ORDER**<br><br>Action Filed: January 5, 2024<br>Pretrial Conference: October 7, 2025<br>Trial Date: October 28, 2025<br><br>Assigned to:<br>Hon. Hernan D. Vera, District Judge<br>Courtroom 5B |

    Having considered the parties Stipulation, the Court finds good cause exists to extend the pretrial and trial dates for approximately one hundred and twenty (120) days as follows:

///

| Event | Prior Date | New Date |
|---|---|---|
| Expert Discovery Cut-off | 5/27/2025 | 10/13/2025 |
| Last Day to Hear Motions | 7/24/2025 | 11/27/2025 |
| Last Day to Complete ADR Proceeding | 8/12/2025 | 9/30/2025 |
| Trial Filings (first round)<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (*court trial only*) | 8/26/2025 | 12/23/2025 |
| Trial Filings (second round)<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Decls. of Direct Testimony (*court trial only*) | 9/9/2025 | 1/6/2026 |

[PROPOSED] ORDER DISMISSING DEFENDANTS, HILL, MUTON AND O'CONNELL

| Final Pretrial Conference | 10/7/2025 at 10:00 a.m. | 2/3/2026 at 10:00 a.m. |
|---|---|---|
| Trial Date (Est. 7 to 10 Court Days) | 10/28/2025 at 10:00 a.m. | 2/24/2026 at 10:00 a.m. (Est 4 Days) |

IT IS SO ORDERED.

DATED: 5/20/25                    By: _____
                                       Hon. Hernan D. Vera

[PROPOSED] ORDER DISMISSING DEFENDANTS, HILL, MUTON AND O'CONNELL